UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN WOODWARD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>NEW YORK COUNTY COURT JUDGE RENEE A. WHITE; MICHAEL BUTCHEN OF THE LEGAL AID SOIETY; ELON HARPAZ OF THE LEGAL AID SOCIETY; ALEX SPIRO, ASSISTANT DISTRICT ATTORNEY OF NEW YORK COUNTY; AND CYRUS VANCE, DISTRICT ATTORNEY OF NEW YORK COUNTY, all sued in their individual and official capacities,<br><br>　　　　　　　　　　Defendants. | 19-CV-10281 (CM)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued March 23, 2020, dismissing the complaint,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　March 23, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge